IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH
FUND and JOHN J. SCHMITT, in his
capacity as trustee,

       Plaintiffs,

v.

ARBOR GREEN, INC.,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-820-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Wisconsin Laborers Health Fund, without fees and costs to either party, in the amount of $43,722.40, payable in 24 monthly installments beginning February 1, 2013. The remainder of this case is dismissed with prejudice and without costs.

| /s/ | 5/20/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |